UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| IN RE MAGNUM HUNTER RESOURCES CORP. SECURITIES LITIGATION | Docket No. 14-2581<br><br>(On appeal from the United States District Court for the Southern District of New York, Case No. 13 Civ. 2668 (KBF)) |

### DECLARATION OF S. DOUGLAS BUNCH IN SUPPORT OF MOTION OF LEAD PLAINTIFF EDWARD PAIGE TO REMOVE APPEAL FROM THE COURT'S EXPEDITED APPEALS CALENDAR, AND FOR A BRIEFING SCHEDULE

Pursuant to 28 U.S.C. § 1746, I, S. Douglas Bunch, declare as follows:

1. I am a member in good standing of the New York bar and am admitted to practice in this Court. I submit this declaration in support of the motion of Lead Plaintiff Edward Paige ("Appellant") to remove the above-captioned appeal from the Court's Expedited Appeals Calendar pursuant to Local Rule 31.2(b), and to set a briefing schedule, in order to avoid conflicts with previously existing court-ordered deadlines in certain of Appellant's counsel's other cases.

2. Counsel for Appellant has conferred with counsel for appellees Magnum Hunter Resources Corporation, Gary C. Evans, Ronald D. Ormand, David S. Krueger, H.C. "Kip" Ferguson, III, Fred J. Smith, Jr., J. Raleigh Bailes, Sr., Victor G. Carillo, Brad Bynum, Stephen C. Hurley, Joe L. McClaugherty, Steven A. Pfeifer, Jeff Swanson, Credit Suisse Securities (USA) LLC, and Citigroup Global Markets Inc. ("Appellees"), and counsel for Appellees consent to the relief sought in this motion.

3.	Counsel for Appellant and counsel for Appellees have conferred and wish to establish the following briefing schedule:

(a)	Appellant's opening brief will be due on or before October 31, 2014;

(b)	Appellees' response briefs will be due on or before December 31, 2014; and

(c)	Appellant's reply brief will be due on or before January 30, 2015.

I declare, under penalty of perjury, that the foregoing is true and complete to the best of my knowledge.

Dated: September 3, 2014			/s/ S. Douglas Bunch
						S. Douglas Bunch