# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of September, two thousand and fourteen.

Before:    Ralph K. Winter,
              *Circuit Judge*.

_____

IN RE MAGNUM HUNTER RESOURCES
CORPORATION SECURITIES LITIGATION
_____

**ORDER**
Docket No. 14-2581

Edward Paige,
    Plaintiff-Appellant,

Mary Pappas, *et al.*,
    Plaintiffs,

    v.

Magnum Hunter Resources Corporation, *et al.*,
    Defendants-Appellees.

_____

    Appellant moves to remove this case from the expedited appeals calendar and to set a briefing schedule.

    IT IS HEREBY ORDERED that the motion is GRANTED. Appellant's brief is due on or before October 31, 2014. Appellees' opposition briefs are due on or before December 31, 2014. Appellant's reply brief is due on or before January 30, 2015.

                                               For the Court:
                                               Catherine O'Hagan Wolfe,
                                               Clerk of Court

